# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

John Pruitt, individually and on behalf of all others similarly situated

**Plaintiff,**

**V.**

Integrated Specialty Coverages, LLC

**Defendant.**

**Civil Action No.** 25-cv-01857-JO-DDL

## JUDGMENT IN A CIVIL CASE

IT IS HEREBY ORDERED AND ADJUDGED:

On September 5, 2025, the Court consolidated this case with Banda v. Integrated Specialty Coverages, LLC, 25-cv-1741. See Banda, 25-cv-1741, Dkt. 10. Plaintiffs subsequently filed an amended consolidated complaint in Banda, and the Court dismissed the amended consolidated complaint with prejudice. See id. at Dkt. 26. Because the consolidated action has been dismissed with prejudice, the Court DIRECTS the Clerk of Court to close this case.

**Date:** 9/4/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ G. West
G. West, Deputy